IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| AUDRA CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>Defendant. | Civil No. 2:22-CV-1121-CL<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO EAJA 28 U.S.C. § 2412(D) |

Based upon the stipulation of the parties, it is hereby ordered that attorney fees in the amount of $4,910.46 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then they shall payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387.

IT IS SO ORDERED.

DATED this __28__ day of __July__, 2023.

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

Page 1   ORDER
[2:22-CV-1121-CL]

1

Presented by:

2

Jeffrey H. Baird
3  Dellert Baird Law Offices, PLLC
   2825 NE Brazee St
4  Portland, OR  97212
   Telephone:  (206) 518-8163
5  FAX:  (360) 824-9371
   jeffreyhbaird@comcast.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2     ORDER
           [2:22-CV-1121-CL]